■ LEON SCHOFIELD et al., Plaintiffs, v WHITE-RODGERS DIVISION OF EMERSON ELECTRIC COMPANY, Appellant and Third-Party Plaintiff-Appellant, and FELIGNO PLUMBING AND HEATING CO., INC., Respondent and Third-Party Defendant-Respondent, et al., Defendant. (Appeal No. 2.)—Order unanimously affirmed without costs. Same Memorandum as in *Schofield v White-Rodgers Div.* ([appeal No. 1] 170 AD2d 952 [decided herewith]). (Appeal from Order of Supreme Court, Ontario County, Boehm, J.—Summary Judgment.) Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.